EXHIBIT A

Dear Foxtrot Customers,

It is with a heavy heart that we must inform you of a difficult decision we have had to make. After much consideration and evaluation, we regret to announce that Foxtrot and Dom's Kitchen & Market will be closing their doors starting on April 23, 2024. The closure affects 33 Foxtrots and 2 Dom's grocery stores across Chicago, Austin, Dallas, DC areas. We explored many avenues to continue the business but found no viable option despite good faith and exhaustive efforts.

This decision has not been made lightly, and we understand the impact it will have on you, our loyal customers, as well as our dedicated team members. We want to express our sincerest gratitude for your support and patronage throughout the years. It has been our highest honor to elevate the everyday and create a remarkable shopping experience for people who love food as much as we do. It has been a privilege serving you and being a part of your everyday lives.
We understand that this news may come as a shock, and we apologize for any inconvenience it may cause. We genuinely appreciate your understanding during this challenging time.

We would like to take this opportunity to thank each and every one of you for your loyalty and trust in Foxtrot and Dom's. It has been an honor to serve you, and we will cherish the memories we have created together. We would also like to thank our team members who have committed themselves over the years to providing a unique selection of quality foods and creating an outstanding in-store customer experience. Lastly, we would like to thank our many partners, without whom we would not have been able to build such a strong brand.

You can access FAQ's at domschicago.com.

Once again, thank you for your support, and we wish you all the best in the future.