UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIL MOORE *on behalf of himself and all others similarly situated.*<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FOXTROT RETAIL, INC. ET AL<br><br>　　　　　　　　　　Defendants. | **Case No.:** 1:24-cv-3272<br><br>Honorable Martha M. Pacold |

## PLAINTIFF'S INITIAL STATUS REPORT

　　　All Defendants have been properly served and no Defendants have filed an appearance. Plaintiffs submits this Initial Status Report on behalf of Plaintiffs only in light of receiving notice of Defendants' Chapter 7 bankruptcy. On May 14, 2024, all Defendants in this action filed a Chapter 7 bankruptcy in the United States Bankruptcy Court for the District of Delaware, Case No. 24-11018 (jointly administered). Counsel for the trustee of the bankruptcy is:

Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street
Suite 460
Wilmington, DE 19801
302-472-7420 (phone)
302-792-7420 (fax)
skaufman@skaufmanlaw.com

　　　Ms. Susan Kaufman is counsel for the Bankruptcy Trustee in the Ch. 7 bankruptcy but is not counsel of record in the above-captioned litigation.

The trustee has conveyed an "automatic stay is in effect. 11 U.S.C. sec. 362 stays all prepetition litigation filed against the Debtors. Once a Chapter 7 bankruptcy is filed, only the Chapter 7 bankruptcy trustee has authority to speak on behalf of the Debtors." Plaintiffs agree that the automatic stay of the instant litigation applies at this time.

RESPECTFULLY SUBMITTED THIS 12TH DAY OF MARCH, 2025.

/s/ Syed H. Hussain
Syed H. Hussain
**HASEEB LEGAL, LLC**
420 E Waterside Dr #3004
Chicago, IL 60601
T: (954) 225-4934
E: sh@haseeblegal.com