# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIL MOORE *on behalf of himself and all others similarly situated.* | |
| Plaintiffs, | **Case No.:** 1:24-cv-3272 |
| v. | Honorable Martha M. Pacold |
| FOXTROT RETAIL, INC. ET AL | |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Plaintiff submits this status report in accordance with the Court's order requesting an update on the status of the bankruptcy. Plaintiff reports that Defendant's bankruptcy proceeding is still pending resolution and thus, the bankruptcy stay is still in effect.

RESPECTFULLY SUBMITTED THIS 9th DAY OF JULY, 2025.

> */s/ Syed H. Hussain*
> Syed H. Hussain
> **HASEEB LEGAL, LLC**
> 420 E Waterside Dr #3004
> Chicago, IL 60601
> T: (954) 225-4934
> E: sh@haseeblegal.com